UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SOUTHEASTERN MECHANICAL
SERVICES, INC.,

      **Plaintiff,**

vs.                                                     Case No.: 8:08-CV-1151-T-30EAJ

**NORMAN BRODY, et al.,**

      **Defendants.**
_____/

## ORDER

Before the court is **Plaintiff's Motion for Expedited Discovery** (Dkt. 3), filed on June 13, 2008. Plaintiff requests that the court order Defendants to respond to Plaintiff's written discovery requests and produce all responsive documents within five calendar days, appear for all noticed depositions on the dates and times indicated in the notices, and order Defendants to allow Plaintiff to take a forensic image of each of the defendants' personal computer hard drives within three days. Plaintiff contends that expedited discovery is necessary in anticipation of the preliminary injunction hearing and to limit Plaintiff's damages.

Upon consideration, it is **ORDERED AND ADJUDGED** that:

(1) Plaintiff's Motion for Expedited Discovery (Dkt. 3) is **GRANTED IN PART AND DENIED IN PART**. Plaintiff is allowed to propound the interrogatories and requests to produce at issue, and Defendants shall respond to the written discovery requests within five (5) days of the discovery being served. Ruling is deferred as to the depositions and remaining discovery requests pending the preliminary injunction hearing.

**DONE** and **ORDERED** at Tampa, Florida this 18th day of June, 2008.

_____
ELIZABETH A JENKINS
United States Magistrate Judge

Copies to:
District Judge
Counsel of Record