**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**SOUTHEASTERN MECHANICAL
SERVICES, INC.,**

    **Plaintiff,**

v.                                    Case No.  8:08-cv-1151-T-30EAJ

**NORMAN BRODY, et al.,**

    **Defendants.**
_____/

## **ORDER**

THIS CAUSE comes before the Court *sua sponte*.  A review of the file indicates that a hearing is scheduled before the Magistrate Judge on Friday, June 27, 2008.  This Court determines that it is necessary to keep the Order (Dkt. #11) entered on June 13, 2008, in place until the Court can rule upon the Report and Recommendation of the Magistrate Judge.  It is therefore

ORDERED AND ADJUDGED that the Temporary Restraining Order (Dkt. #11) entered on June 13, 2008, is extended until further order of the Court upon receipt and review of the Magistrate's Report and Recommendation.

**DONE** and **ORDERED** in Tampa, Florida on June 25, 2008.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2008\08-cv-1151.extend TRO.wpd