# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

SOUTHEASTERN MECHANICAL
SERVICES, INC.,

      Plaintiff,

v.                                     Case No:  8:08-CV-1151-T-30EAJ

NORMAN BRODY, et al.,

      Defendants.

_____/

# <u>ORDER</u>

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Elizabeth Jenkins (Dkt. #87).

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, as well as a review of the objections filed by the parties and responses thereto, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1.    The Report and Recommendation (**Dkt. #87**) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2.      Plaintiff's Motion for Preliminary Injunction (incorrectly denominated as a Motion for Temporary Restraining Order) (**Dkt. #12**) is GRANTED  in part and DENIED in part as follows:

A.      Plaintiff's Motion is GRANTED and a preliminary injunction (pending further order of final disposition of this case) is ISSUED and:

(1)      Defendants are prohibited from using, printing, copying, distributing, disclosing or examining confidential and proprietary information belonging to Plaintiff, including Plaintiff's customer lists, schedule of labor rates, customer information, employee lists, employee information sales techniques and pricing systems and structures;

(2)      Defendants shall return all Plaintiff information and property to Plaintiff;

(3)      Defendants shall refrain from destroying (or causing to be destroyed) any and all information and documents which are relevant to Plaintiff's claims, including computers;

(4)      Defendants shall not engage in automated field metal overlay work for Plaintiff's Florida customers (as defined in the Report and Recommendation (Dkt. #87)).

B.      All other relief requested in Plaintiff's Motion for Preliminary Injunction (incorrectly denominated as a Motion for Temporary

Restraining Order) (**Dkt. #12**) is DENIED.

  C.  The preliminary injunction is conditioned upon Plaintiff posting a bond in the amount of $100,000.00.

 3.  This matter is REFERRED to Magistrate Judge Elizabeth Jenkins for a Report and Recommendation to the District Judge concerning the list of customers that Defendant THERMAL ENGINEERING CONSTRUCTION SERVICES, INC. a/k/a TEI Construction Services, Inc. is prohibited from soliciting and whether Defendant BABCOCK POWER SERVICES, INC. returned or destroyed the due diligence materials it received during acquisition discussions.

 4.  The evidentiary hearing scheduled for Tuesday, October 21, 2008, at 9:30 a.m. before Judge James S. Moody, Jr. is CANCELLED.

 5.  A determination as to whether an evidentiary hearing is necessary will be made by Magistrate Judge Elizabeth Jenkins.

 6.  Defendants' Motion for Clarification of June 13, 2008 Ex Parte Temporary Restraining Order (**Dkt. #77**) is DENIED as moot.

  **DONE** and **ORDERED** in Tampa, Florida on October 15, 2008.

                 _James S. Moody, Jr._

                 JAMES S. MOODY, JR.
                 UNITED STATES DISTRICT JUDGE

**Copies Furnished to**:
Counsel/Parties of Record

F:\Docs\2008\08-cv-1151.adopt 87.wpd